CITIZENS BANKING COMPANY and Frank E. Hulett, Intervening Bondholders v. STURGEON BAY COMPANY, Debtor.

No. 7432.

Circuit Court of Appeals, Sixth Circuit.

June 30, 1936.

Dorr E. Warner, of Cleveland, Ohio, for appellants.

Sayre, Vail & Dorn, of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed on motion of appellee.

Angelina CERVONE, v. John L. ZURBRICK, District Director of Immigration at Detroit, Michigan.

No. 7274.

Circuit Court of Appeals, Sixth Circuit.

April 15, 1936.

O. Guy Frick, of Detroit, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich., for appellee.

Before MOORMAN, HICKS, and ALLEN, Circuit Judges.

PER CURIAM.

The court being of opinion that the appellant was given a fair hearing before the Department of Labor on the writ of deportation, that there is sufficient evidence to support the findings of the Secretary of Labor, and that the trial court committed no error in the hearing on the motion to dismiss the writ of habeas corpus, it is ordered that the order of the court dismissing the writ and remanding the appellant to the custody of the immigration authorities be affirmed.

CLEVELAND TRUST COMPANY, Trustee, v. W. J. SCHOENBERGER COMPANY.

No. 7439.

Circuit Court of Appeals, Sixth Circuit.

June 30, 1936.

Donald B. Waite, of Cleveland, Ohio, for appellant.

Percy H. Moore, of Washington, D. C., for appellee.

PER CURIAM.

Docketed and dismissed pursuant to stipulation.

COMMISSIONER OF INTERNAL REVENUE v. William H. ALBERS.

No. 7444.

Circuit Court of Appeals, Sixth Circuit.

June 30, 1936.

Robert H. Jackson, Asst. Atty. Gen., for petitioner.

J. Marvin Haynes, of Washington, D. C., for respondent.

PER CURIAM.

Docketed and dismissed pursuant to stipulation.